| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WEINER, CHARLES R | 2. Court or Organization USDC ED PA | 3. Date of Report 4/29/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR STATUS | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 6613 US COURTHOUSE PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 MAY 13 A 11: 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2004 | COMMONWEALTH OF PA PENSION | 13875 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRSTRUST BANK | LOAN FOR INVESTMENT IN OIL WELLS & PARTNERSHIP INTERESTS | K |

| Name of Person Reporting | Date of Report |
|---|---|
| WEINER, CHARLES R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   ATLAS ENERGY NINETIES 18 | B | Royalty | J | U | | | | | |
| 2.   1994 VIKING RESOURCES LP | B | Royalty | J | U | | | | | |
| 3.   ATLAS ENERGY NINETIES 16 | B | Royalty | J | U | | | | | |
| 4.   ATLAS ENERGY NINETIES 17 | B | Royalty | J | U | | | | | |
| 5.   ATLAS ENERGY NINETIES 15 | B | Royalty | J | U | | | | | |
| 6.   ATLAS ENERGY NINETIES 12 | B | Royalty | J | U | | | | | |
| 7.   ATLAS ENERGY NINETIES 19 | A | Royalty | J | U | | | | | |
| 8.   ATLAS ENERGY NINETIES 1993 | A | Royalty | J | U | | | | | |
| 9.   DSB ASSOCIATES | E | Int Rent CG | M | U | | | | | |
| 10.  BRYAN LP 22 | B | Royalty | J | U | | | | | |
| 11.  BRYAN LP 23 | D | Royalty | J | U | | | | | |
| 12.  BRYAN LP 24 | C | Royalty | J | U | | | | | |
| 13.  PIONEER NATURAL RESOURCES | A | None | | | SELL | 12-31 | L | E | |
| 14.  BRYAN LP 25 | A | Royalty | J | U | | | | | |
| 15.  BRYAN LP 26 | A | Royalty | J | U | BUY | 1-7 | K | | BRYAN LP |
| 16.  OIL WELLS, KIOWA & PROWERS COUNTY, CO | D | Royalty | K | W | | | | | |
| 17.  EUROPACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 18.  THE NEW ECONOMY FUND | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEINER, CHARLES R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WASHINGTON MUTUAL INVESTORS FUND | A | Dividend | J | T | | | | | |
| 20. THE TAX-EXEMPT BOND FUND OF AMERICA | A | Dividend | J | T | BUY,REIN | 2004 | J | | FROM IRA DISTRIBUTN |
| 21. THE INVESTMENT CO OF AMERICA IRA | A | Dividend | J | T | IRA DISTR | 2004 | J | | TRANSFER TO TAX-EX |
| 22. INTERMEDIATE BOND FD OF AMERICA IRA | A | Dividend | J | T | IRA DISTR | 2004 | J | | TRANSFER TO TAX-EX |
| 23. SMALLCAP WORLD FUND IRA - ▉▉▉ | A | Dividend | J | T | IRA DISTR | 2004 | J | | TRANSFER TO TAX-EX |
| 24. INTERMEDIATE BOND FUND OF AMERICA IRA - ▉▉▉ | A | Dividend | J | T | IRA DISTR | 2004 | J | | TRANSFER TO TAX-EX |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WEINER, CHARLES R | 4/29/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Bryan LP 25 was acquired in 2003 and reported as Non-Investment Income since it was owned as a general partner. The investment was adjusted to a limited partnership interest as of January 1, 2004 and is now reported in Part VII, Investments and Trusts. Per the instructions, this partnership should have originally been reported in Part VII for the year 2003.

Self-employed oil wells, Kiowa & Prowers County, Colorado were reported in Part III as Non-Investment Income for the year 2003 and prior. Since the income generated is from oil well royalties, the investment will now be reported as Investment Income in Part VII per the instructions.

Part VII, Investments and Trusts items 21 through 24 are IRA's. Monthly distributions from the IRA's are automatically invested into Item 21, The Tax-Exempt Bond Fund of America, together with the fund's reinvested dividends.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WEINER, CHARLES R | 4/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date X 5/9/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544